No. 92–8926. BROWDER v. MARSHALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 92–8927. BROWN v. KINCHELOE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 92–8928. NOEL v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 92–8929. PHARM v. HATCHER, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 92–8930. PAGAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 92–8931. LOYD v. CRIMINAL DISTRICT COURT #1 OF DALLAS COUNTY ET AL. C. A. 5th Cir. Certiorari denied. 

No. 92–8932. PIZZO v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–8935. SAMMONS v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. 

No. 92–8936. GIRALDO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 92–8938. WAGNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 92–8939. TAYLOR v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–8940. WOODS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 92–8941. HUFF v. ABC ENTERPRISES, INC. C. A. 11th Cir. Certiorari denied. 

No. 92–8942. KECKLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 92–8943. MARTINEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.